**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ELIZABETH BILLUPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00839-MEF |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| and SPECIALITY RISK SERVICES, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW Defendant Speciality Risk Services and hereby moves this Court for an Order dismissing all claims against it. As grounds therefore, the Defendant states as follows:

1. Speciality Risk Services is a third party administrator which assists Defendant Lowe's Home Centers, Inc. (incorrectly designated as Lowe's Companies, Inc.) with the handling of claims.

2. Speciality Risk Services has no affiliation with Defendant Lowe's Home Centers, Inc. other than handling of claims. Speciality Risk Services has no involvement with the actual operation of a Lowe's Home Centers, Inc. home improvement store.

3. Specialty Risk Services' involvement with the Plaintiff's claims are limited to receiving and evaluating the claim for purposes of settlement and/or defense of the claim, including assigning counsel.

4. As such, as a third party administrator, Speciality Risk Services acts essentially as an insurance company would, though in this case handling claims for a self-insured company.

5. Under Alabama law, an insurance carrier cannot be held liable for the alleged torts of its insured. Similarly, a third party administrator should not be subjected for the liability for the torts of its client, over whom it has not control. This particularly true in a premises liability case, where the third party administrator has no oversight function with respect to the actual operation of the store in question.

6. Defense counsel has discussed this matter with Plaintiff's counsel, who has orally agreed that Speciality Risk Services will be dismissed as a Defendant in this matter. However, this Motion is filed out of an abundance of caution so as to avoid any potential default judgment for untimely filing. Should further briefing be necessary, defense counsel requests the right to file further briefs on the issue. No accompanying brief is filed at this time based on the representations provided by Plaintiff's counsel Karen Rodgers.

WHEREFORE, the Defendant respectfully requests that this Court enter an Order dismissing Speciality Risk Services as a Defendant in this action, with prejudice.

Respectfully submitted this the _____ day of _____, 2007.

                                      **s/JOSEPH E. STOTT**
                                      ASB-4163-T71J
                                      Attorney for Defendant Lowe's Companies, Inc.
                                      and Speciality Risk Services
                                      **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**

              2450 Valleydale Road
              Birmingham, AL 35344
              (205) 967-9675 - Telephone
              (205) 967-7563 - Facsimile
              jstott@sssandf.com - Email

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH BILLUPS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-00839-MEF |
| | ) | |
| **LOWE'S COMPANIES, INC.,** | ) | |
| **and SPECIALITY RISK SERVICES,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on October 2, 2007 served a copy of the foregoing on the following attorneys of record via Efile and/or by placing a copy of same in the U.S. Mail:

Karen Sampson Rodgers, Esq.
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104

    Respectfully submitted,

    **s/JOSEPH E. STOTT**
    ASB-4163-T71J
    Attorney for Defendant Lowe's Companies, Inc.
    and Speciality Risk Services
    **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
    2450 Valleydale Road
    Birmingham, AL 35344
    (205) 967-9675 - Telephone
    (205) 967-7563 - Facsimile
    jstott@sssandf.com - Email