**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ELIZABETH BILLUPS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LOWE'S COMPANIES, INC.,** )<br>**and SPECIALITY RISK SERVICES,** )<br>)<br>**Defendants.** ) | Case No. 2:07-cv-00839-MEF-CSC |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Lowe's Home Centers, Inc., incorrectly designated in the Plaintiff's Complaint as "Lowe's Companies, Inc."[1] and in accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported:

    1.    Lowe's Companies, Inc.

---

[1] Lowe's Home Centers, Inc. and Lowe's Companies, Inc. are two separate and distinct entities. However, Lowe's Home Centers, Inc. is the correct designation of the Defendant described in the Plaintiff's Complaint. Based on oral conversations with Plaintiff's counsel, the Defendant expects that the Complaint will be amended properly naming Lowe's Home Centers, Inc. as the appropriate Defendant.

Respectfully submitted,

**s/JOSEPH E. STOTT**
ASB-4163-T71J
Attorney for Defendant Lowe's Home Centers, Inc. and Speciality Risk Services
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ELIZABETH BILLUPS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00839-MEF-CSC |
| ) | |
| **LOWE'S COMPANIES, INC.,** ) | |
| **and SPECIALITY RISK SERVICES,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on October 3, 2007 served a copy of the foregoing on the following attorneys of record via Efile and/or by placing a copy of same in the U.S. Mail:

Karen Sampson Rodgers, Esq.
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104

                                            Respectfully submitted,

                                            **s/JOSEPH E. STOTT**
                                            ASB-4163-T71J
                                            Attorney for Defendant Lowe's Home Centers, Inc.
                                            and Speciality Risk Services
                                            **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
                                            2450 Valleydale Road
                                            Birmingham, AL 35344
                                            (205) 967-9675 - Telephone
                                            (205) 967-7563 - Facsimile
                                            jstott@sssandf.com - Email