## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH BILLUPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case  No.  2:07-cv-00839-MEF-CSC** |
| | ) | |
| **LOWE'S COMPANIES, INC.,** | ) | |
| **and SPECIALITY RISK SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Speciality Risk Services and in accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047.  The following entities are hereby reported:

1.    Hartford Financial Services Group.

Respectfully submitted,

**s/JOSEPH E. STOTT**
ASB-4163-T71J
Attorney for Defendant Lowe's Home Centers, Inc.
and Speciality Risk Services
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone

(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH BILLUPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case  No.   2:07-cv-00839-MEF-CSC** |
| | ) | |
| **LOWE'S COMPANIES, INC.,** | ) | |
| **and SPECIALITY RISK SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on October 3, 2007 served a copy of the foregoing on the following attorneys of record via Efile and/or by placing a copy of same in the U.S. Mail:

Karen Sampson Rodgers, Esq.
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104

Respectfully submitted,

**s/JOSEPH E. STOTT**
ASB-4163-T71J
Attorney for Defendant Lowe's Companies, Inc.
and Speciality Risk Services
**SCOTT, SULLIVAN, STREETMAN & FOX,**
**P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email