IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BILLUPS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-839-MEF |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| and SPECIALITY RISK SERVICES, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Upon consideration of the Defendants' Motion to Dismiss (Doc. # 4) filed on October 2, 2007, it is hereby ORDERED as follows:

(1) The Plaintiff shall file a response on or before October 17, 2007.

(2) The Defendants may file a reply brief on or before October 24, 2007.

Done on this 3rd day of October, 2007.

                                                      /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE