**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ELIZABETH BILLUPS,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**LOWE'S COMPANIES, INC.,** )<br>**and SPECIALITY RISK SERVICES,** )<br>)<br>    **Defendants.** ) | **Case No. 2:07-cv-00839-MEF** |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 21, 2007 and was attended by:

Karen Rodgers for Plaintiff;

Joseph E. Stott for Defendant Lowe's Home Centers, Inc. and Speciality Risk Services

2. Pre-discovery Disclosures. The parties will exchange by February 1, 2008 the information required by Federal Rules of Civil Procedure 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be required with regard to the plaintiff's claims, the defendant's defenses, and the plaintiff's damages.

All discovery commenced in time to be completed by August 2, 2008

Maximum of Thirty (30) interrogatories by each party to any other party.

    Responses due thirty (30) days after service.

Maximum of thirty (30) requests for admissions by each party to any other party.

Responses due thirty (30) days after service.

Maximum of thirty (30) requests for production by each party to any other party.

Responses due thirty (30) days after service.

Maximum of six (6) depositions by plaintiffs and six (6) by defendant.

Each deposition limited to maximum of four (4) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by May 1, 2008.

from defendant by July 1, 2008.

Supplementations under Rule 26(e) due within thirty (30) days of when need arises.

4.  Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

Parties should be allowed until January 15, 2008 to join additional parties and until February 15, 2008 to amend the pleadings.

All potentially dispositive motions should be filed by August 1, 2008.

Settlement cannot be evaluated until after discovery has been completed. Settlement may be enhanced by use of the following alternative dispute resolution procedure: mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from plaintiffs by September 1, 2008.

from defendant by September 1, 2008.

Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by October 1, 2008, and at this time is expected to take approximately two (2) days to try.

                                                          **s/JOSEPH E. STOTT**
                                                          ASB-4163-T71J
                                                          Attorney for Defendants Lowe's Home Centers, Inc. and Speciality Risk Services

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

                                                         **s/KAREN SAMPSON RODGERS**
                                                         Attorney for Plaintiff Elizabeth Billups

**OF COUNSEL:**

**KAREN SAMPSON RODGERS, LLC**
459 South McDonough Street, Suite 5
Montgomery, AL 36104