IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA    RECEIVED
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BILLUPS, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| and Specialty Risk SERVICES. | ) |
| | ) |
| **Defendants.** | ) |

2007 DEC 28 P 1: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
DISTRICT ALA

**CASE NO.:**
**2:07CV839-MEF**

## PLAINTIFF'S MOTION TO SUBSTITUTE THE PROPER DEFENDANT.

COMES NOW the Plaintiff in the above-referenced case and MOVE this

Honorable Court to GRANT Plaintiff's Motion to Substitute the Proper Defendant.   In

support of Plaintiff's Motion, the Plaintiffs submit the following:

1.    The Plaintiff received information from the Defendants that Lowe's Home

Centers, Inc., is the proper defendant in this matter.

2.    The attorney for the opposing party does not object.

3.    The Defendants are not prejudiced by Plaintiff's amending the complaint

to include the proper defendant Lowe's Home Centers, Inc., as opposed

to Lowe's Companies, Inc..

3.    Discovery is not complete in this case and is still ongoing.

4.    The trial has not been scheduled in this case.

5.    The interest of justice so requires.

WHEREFORE PREMISE CONSIDERED the Plaintiffs pray that this Honorable

Court will GRANT Plaintiff's Motion to Substitute the Proper Defendant.

Respectfully submitted,

OF COUNSEL:

Karen Sampson Rodgers (SAM018)
Attorney for Plaintiff

Karen Sampson Rodgers
459 South McDonough Street, Suite 5
Montgomery, Alabama 36104
(334) 262-6481 telephone
(334) 262-6482 facsimile
karensamrodgers@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents have been placed in the United States mail postage pre-paid on this the 28th day of December, 2007 to the following:

Joseph E. Stott, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35344
(205) 967-9675 telephone
(205) 967-7563 facsimile

Karen Sampson Rodgers (SAM018)