IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BILLUPS, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-839-MEF |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| and SPECIALITY RISK SERVICES, | ) |
| | ) |
|      Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Substitute the Proper Defendant (Doc. 14), it is hereby ORDERED as follows:

(1) The motion is GRANTED.

(2) Lowe's Home Centers, Inc. shall be substituted for Lowe's Companies, Inc.

Done on this the 7th day of January, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE