IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH BILLUPS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00839-MEF-CSC |
| | ) |
| **LOWE'S COMPANIES, INC.,** | ) |
| **and SPECIALITY RISK SERVICES,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO COMPEL

COMES NOW Defendant, Lowe's Home Centers, Inc. and hereby moves this Court for an Order compelling the Plaintiff to respond to outstanding discovery. As grounds therefore, the Defendant states as follows.

1. Interrogatories and Requests for Production were filed by the Defendant on or about January 8, 2007.

2. More than one year has passed since the filing of said discovery. As such, the responses to discovery are now overdue.

3. The Defendant has made non-judicial efforts to obtain said discovery.

4. To date, the Plaintiff has failed and/or refused to respond to said requests.

5. The Defendant is in need of responses to discovery to properly defend the above referenced case.

WHEREFORE, the Defendant respectfully request that this Court enter an Order compelling the Plaintiff to respond to said discovery within 14 days, or any other such time as the Court may deem appropriate.

    Respectfully submitted,

    **s/JOSEPH E. STOTT**
    ASB-4163-T71J
    Attorney for Defendant Lowe's Home Centers, Inc.
    **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
    2450 Valleydale Road
    Birmingham, AL 35344
    (205) 967-9675 - Telephone
    (205) 967-7563 - Facsimile
    jstott@sssandf.com - Email

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH BILLUPS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-00839-MEF-CSC |
| | ) | |
| **LOWE'S COMPANIES, INC.,** | ) | |
| **and SPECIALITY RISK SERVICES,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on March 13, 2008 served a copy of the foregoing on the following attorneys of record via Efile and/or by placing a copy of same in the U.S. Mail:

Karen Sampson Rodgers, Esq.
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104

    Respectfully submitted,

**s/JOSEPH E. STOTT**
ASB-4163-T71J
Attorney for Defendant Lowe's Companies, Inc.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35344
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

-3-