IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BILLUPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00839-MEF |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| and SPECIALITY RISK SERVICES, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND DEADLINES**

COMES NOW Defendant Lowe's Home Centers, Inc. and hereby moves this Court for an Order extending certain deadlines, including the defendant's deadline for the filing of dispositive motions. As grounds therefore, the defendant states as follows:

1. This Court's Scheduling Order includes a deadline for the filing of dispositive motions which will run on May 30, 2008.

2. Because of the plaintiff's delays in providing discovery, the defendant is not in position to file dispositive motions at this time. Specifically, the plaintiff was several months overdue in answering interrogatories. Moreover, plaintiff's counsel has yet to provide deposition dates for the deposition of plaintiff, Elizabeth Billups, despite requests for those dates. Finally, plaintiff's counsel has ignored requests for voluntary supplementation of written discovery responses despite efforts of defense counsel.

3. Defendant should not be punished, and the plaintiff should not be rewarded for the plaintiff's delays in responding to discovery.

4.      Counsel for the defendant certifies that he has contacted plaintiff's counsel, and she has expressed that she has no objection to the extension of the dispositive motion deadline.

WHEREFORE, the defendant respectfully requests that this Court enter an order extending the defendant's deadline for filing of dispositive motions until a date at least thirty days after the completion of the plaintiff's deposition.

>Respectfully submitted,
>s/Joseph E. Stott
>**JOSEPH E. STOTT ASB-4163-T71J**
>Attorney for Lowe's Home Centers, Inc.

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 29, 2008 served a copy of the foregoing on the following attorneys of record via Alafile Efile and/or by placing a copy of same in the U.S. Mail:

Karen Sampson Rodgers, Esq.
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104

>s/Joseph E. Stott
>**OF COUNSEL**