IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BILLUPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00839-MEF |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| and SPECIALITY RISK SERVICES, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Defendant's Motion to Extend Deadlines (Doc. # 19), it is hereby

ORDERED that the motion is DENIED.

Done this 30th day of May, 2008.

                                                        /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE