**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Billups v. Lowe's Home Centers, Inc. et al

**Case Number:** 2:07-cv-00839-MEF

Referenced Pleading - Certification of Settlement Discussions - **Doc. 21**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
JUN 30 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

ELIZABETH BILLUPS,            :
                              :
    PLAINTIFFS,               :
                              : CIVIL ACTION NO. CV-2:07-CV-00839-MEF
v.                            :
                              :
LOWE'S HOME CENTERS, INC.     :
                              :
    DEFENDANTS.               :

## CERTIFICATION OF SETTLEMENT DISCUSSIONS

COMES NOW Plaintiff Elizabeth Billups and Defendant Lowe's Home Centers, Inc. by and through counsel, and certify, pursuant to this Court's Order, that they have discussed settlement of the above-referenced matter and have agreed that settlement the case remains a distinct possibility, but that it cannot be properly evaluated until the Plaintiff's deposition is taken, which is scheduled for July 10, 2008.

/s/ Karen Sampson Rodgers
KAREN SAMPSON RODGERS, ESQ.
Attorney for Plaintiff

OF COUNSEL:
Karen Sampson Rodgers, LLC
Attorney at Law
459 South McDonough Street, Suite 1
Montgomery, AL 36104
(334) 262-6481 telephone
(334) 262-6482 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a foregoing copy of the same was reviewed by the Defendants and a copy was mailed via U.S. Mail on this today's date, June 30, 2008 to Joseph E. Stott, Esq., Scott, Sullivan, Streetman & Fox, P.C., 2450 Valleydale Road, Birmingham, Alabama, 35244-2015.

/s/ Karen Sampson Rodgers
Karen Sampson Rodgers