IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH BILLUPS. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-839-MEF |
| | ) | |
| LOWE'S COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for August 28, 2008, and the trial set for September 29, 2008 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before September 9, 2008.

DONE this the 26th day of August, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE